914 F.2d 260
 Unpublished Disposition
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Darrell RODGERS and Peter Simet, Plaintiffs-Appellees,
v.
James C. WOOD, Defendant-Appellant.
 No. 89-3059.
 United States Court of Appeals, Seventh Circuit.
 Sept. 12, 1990.
 
 1
 Before WOOD, JR., and RIPPLE, Circuit Judges, and CRABB, District Judge*.
 
 ORDER
 
 2
 On consideration of the petition for rehearing and suggestion for rehearing en banc filed by defendant-appellant in the above-entitled cause on August 30, 1990, no judge in active service has requested a vote on the suggestion for rehearing en banc and a majority** of the judges on the original panel have voted to deny rehearing. Accordingly,
 
 
 3
 IT IS ORDERED that the petition for rehearing and suggestion for rehearing en banc be, and the same is hereby, DENIED.
 
 
 
 *
 The Honorable Barbara B. Crabb, Chief Judge of the Western District of Wisconsin, is sitting by designation
 
 
 **
 Judge Wood voted to grant rehearing